STATE v. MANEY

No. 440A02

Case below: 151 N.C. App. 486

Motion by Attorney General to dismiss appeal for lack of constitutional question allowed 27 February 2003.

STATE v. MARTIN

No. 649P02

Case below: 154 N.C. App. 521

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. McNEIL

No. 36P03

Case below: 155 N.C. App. 540

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. McPHERSON

No. 472P02

Case below: 151 N.C. App. 750

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. MORGANHERRING

No. 340A95-3

Case below: Wake County Superior Court

Petition by defendant for writ of mandamus denied 27 February 2003.